

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00189-CV

**IN RE** Ray Adam **BASALDUA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                 Lori I. Valenzuela, Justice
                 H. Todd McCray, Justice

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator on March 24, 2025. Relator challenges the denial of an oral motion to recuse. "An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment." TEX. R. CIV. P. 18a(j). Intervention by appellate courts through the extraordinary writ of mandamus is not statutorily authorized nor appropriate in this context. *In re Union Pac. Res. Co.*, 969 S.W.2d 427, 428-29 (Tex. 1998). After considering the petition and the record, the court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-14126, styled *Ray Adam Basaldua v. Sylvia Ramirez Cedillo and Judith Mena*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.